JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, NATIONAL IBEW-N.E.C.A. LABOR-MANAGEMENT COOPERATION COMMITTEE, and CONTRACT COMPLIANCE FUND,<br><br>   Plaintiffs,<br><br>  vs.<br><br>GONZALEZ ELECTRIC, INC., a California corporation, doing business as G&S ELECTRIC, INC.,<br><br>   Defendant. | CASE NO. CV 07-01044 MMM (SHx)<br><br>JUDGMENT FOR PLAINTIFFS |

  On September 30, 2008, the court granted plaintiffs' motion for entry of default judgment.

1 Accordingly,

2         IT IS ORDERED AND ADJUDGED

3     1. That plaintiffs Plaintiffs the Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Los Angeles Electrical Workers Credit Union, Southern California IBEW-NECA Labor-Management Cooperation Committee, National IBEW-NECA Labor-Management Cooperation Committee, and Contract Compliance Fund recover from defendant Gonzalez Electric, Inc.:

    a. The principal sum of $449,534.51 in fringe benefit contributions withheld through December 2006, together with prejudgment interest in the amount of $70,125.14;

    b. Liquidated damages of $70,125.14

    c. Audit fees of $6,828.75;

    d. Attorney's fees of $22,778.00; and

    e. Costs of $533.63.

DATED: September 30, 2008

                              */s/ Margaret M. Morrow*
                              MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE